UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20229-CIV-HIGHSMITH
Magistrate Judge P.A. White

JOSE ENRIQUE HERNANDEZ,

    Plaintiff,

v.

JACKSON MEMORIAL HOSPITAL, ET AL.,

    Defendants.
_____/

## ORDER OF DISMISSAL
## ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS CAUSE is before the Court for review of United States Magistrate Judge Patrick A. White's Report and Recommendation (the "R&R") concerning Plaintiff's *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 [DE 9]. The Plainitiff filed **no** objections to the R&R. The R&R advises that this Court dismiss Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), because it fails to state a claim upon which relief may be granted.

After a careful de novo review of the R&R, the case file, and the pertinent authorities, the Court concurs with Magistrate Judge White's findings and analysis and hereby ADOPTS the R&R in its entirety. Accordingly, it is ORDERED AND ADJUDGED that, the Plaintiff's case is DISMISSED. All motions not otherwise ruled upon are DENIED as MOOT. This case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this _8th_ day of November, 2007.

*/s/ Shelby Highsmith*
SHELBY HIGHSMITH
UNITED STATES DISTRICT JUDGE

cc:    Jose Enrique Hernandez, Pro Se